# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 173.18.36.97 | Mediacom | 2011-06-09 02:35:14 AM |
| 173.27.232.145 | Mediacom | 2011-05-26 12:06:36 AM |
| 184.78.47.244 | Clearwire US | 2011-06-17 01:16:37 AM |
| 184.78.98.213 | Clearwire US | 2011-06-14 09:01:43 PM |
| 24.12.145.183 | Comcast Cable Communications | 2011-05-26 04:23:16 AM |
| 24.12.146.229 | Comcast Cable Communications | 2011-05-24 12:42:14 PM |
| 24.13.229.177 | Comcast Cable Communications | 2011-05-25 08:45:51 PM |
| 24.13.46.153 | Comcast Cable Communications | 2011-05-28 03:22:13 AM |
| 24.13.52.185 | Comcast Cable Communications | 2011-07-14 09:30:35 PM |
| 24.14.17.120 | Comcast Cable Communications | 2011-06-26 08:22:20 PM |
| 24.148.53.158 | RCN Corporation | 2011-05-25 01:33:14 AM |
| 24.15.253.44 | Comcast Cable Communications | 2011-07-18 06:22:47 AM |
| 64.53.231.194 | WideOpenWest | 2011-06-05 10:05:39 AM |
| 65.214.67.18 | Egyptian Telephone | 2011-05-24 01:06:53 AM |
| 67.162.47.31 | Comcast Cable Communications | 2011-05-28 02:14:52 PM |
| 67.167.202.21 | Comcast Cable Communications | 2011-05-25 11:15:34 PM |
| 67.173.94.106 | Comcast Cable Communications | 2011-06-19 11:37:13 PM |
| 67.176.178.237 | Comcast Cable Communications | 2011-06-10 04:56:42 PM |
| 67.184.225.90 | Comcast Cable Communications | 2011-05-24 12:15:52 AM |
| 67.186.86.69 | Comcast Cable Communications | 2011-06-12 11:16:46 PM |
| 67.43.117.183 | Cogent/PSI | 2011-05-24 11:56:45 PM |
| 68.51.81.122 | Comcast Cable Communications | 2011-06-02 08:09:02 PM |
| 69.47.149.151 | WideOpenWest | 2011-06-01 03:55:24 PM |
| 70.131.116.233 | AT&T Internet Services | 2011-05-24 10:53:12 PM |
| 70.8.45.188 | Sprint PCS | 2011-05-28 09:27:34 PM |
| 71.194.164.7 | Comcast Cable Communications | 2011-05-25 07:31:58 PM |
| 71.194.188.200 | Comcast Cable Communications | 2011-06-20 07:41:09 AM |
| 71.194.75.208 | Comcast Cable Communications | 2011-05-24 12:04:46 PM |
| 71.201.218.108 | Comcast Cable Communications | 2011-05-25 05:32:24 PM |
| 71.229.72.187 | Comcast Cable Communications | 2011-06-09 11:46:32 PM |
| 71.239.97.19 | Comcast Cable Communications | 2011-05-24 04:04:29 AM |
| 71.57.11.0 | Comcast Cable Communications | 2011-05-28 11:46:58 AM |
| 75.118.179.145 | WideOpenWest | 2011-07-09 09:46:56 PM |
| 76.16.102.159 | Comcast Cable Communications | 2011-05-25 08:52:33 PM |
| 76.16.246.16 | Comcast Cable Communications | 2011-05-24 05:38:53 PM |
| 76.29.9.197 | Comcast Cable Communications | 2011-06-07 09:25:49 PM |
| 98.193.20.55 | Comcast Cable Communications | 2011-05-24 10:18:08 PM |
| 98.193.30.135 | Comcast Cable Communications | 2011-06-10 07:33:55 PM |
| 98.193.32.168 | Comcast Cable Communications | 2011-05-27 02:19:03 PM |
| 98.206.253.13 | Comcast Cable Communications | 2011-05-27 01:02:15 AM |
| 98.212.130.240 | Comcast Cable Communications | 2011-05-28 08:33:33 PM |
| 98.215.151.209 | Comcast Cable Communications | 2011-05-25 05:27:24 PM |
| 98.215.238.68 | Comcast Cable Communications | 2011-07-05 04:09:04 PM |
| 98.215.239.7 | Comcast Cable Communications | 2011-06-17 06:41:44 AM |
| 98.215.6.93 | Comcast Cable Communications | 2011-05-25 02:13:17 PM |
| 98.220.193.127 | Comcast Cable Communications | 2011-07-18 04:22:13 AM |

| | | |
|---|---|---|
| 98.222.2.229 | Comcast Cable Communications | 2011-06-14 04:54:01 AM |
| 98.223.121.235 | Comcast Cable Communications | 2011-05-24 04:17:50 PM |
| 98.227.131.122 | Comcast Cable Communications | 2011-05-25 12:02:41 AM |
| 98.227.29.1 | Comcast Cable Communications | 2011-05-24 06:27:33 AM |
| 99.63.51.84 | AT&T Internet Services | 2011-05-24 02:19:57 AM |