**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division**

Hard Drive Productions, Inc.
                              Plaintiff,

v.                                                Case No.: 1:11–cv–05414
                                                         Honorable William J. Hibbler

Does 1–51, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 16, 2011:

      MINUTE entry before Honorable William J. Hibbler: Status hearing held on 11/16/2011 and continued to 1/18/2012 at 9:30 AM. Motion hearing held on 11/16/2011 regarding motion to quash [29], motion to dismiss,, motion for issuance of warrant in rem, [15], motion to quash, [19], motion to dismiss, motion to quash [24]. Motion to dismiss, sever and quash by defendant Doe No. 71.57.11.0 [15], Motion to dismiss, sever and quash by defendant Doe No. 67.186.86.69 [19], Motion to dismiss, sever and quash by defendant Does 1– 51 [24], and Motion to quash by defendant Frederick Lowe [29] are denied for the reasons stated in open court. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.