**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) |
| | ) CASE NO.: 1:11-cv-05414 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Judge: Hon. William J. Hibbler |
| DOES 1 – 51, | ) Magistrate: Hon. Geraldine Soat Brown |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in <u>Exhibit A</u> to this Notice of Dismissal. The Doe Defendants associated with this Dismissal are Does 6–11. The respective Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[intentionally left blank]

        Respectfully submitted,

        HARD DRIVE PRODUCTIONS, INC.

**DATED:** December 5, 2011

        By: /s/ Paul Duffy
        Paul Duffy (Bar No. 6210496)
        Prenda Law Inc.
        161 N. Clark St., Suite 3200
        Chicago, IL 60601
        Telephone: (312) 880-9160
        Facsimile: (312) 893-5677
        E-mail: paduffy@wefightpiracy.com
        *Attorney for Plaintiff*

-3-

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on December 5, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                /s/ Paul A. Duffy
                Paul A. Duffy, Esq.