### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTION, INC., | Hon. William J. Hibbler |
| Plaintiff, | |
| v. | Magistrate Judge G.S. Brown |
| DOES 1-51, | Civil Action No. 11 C 5414 |
| Defendants. | |

### DEFENDANT DOE NO. 67.186.86.69'S
### MOTION FOR LEAVE FOR ATTORNEY TO WITHDRAW APPEARANCE

Defendant Doe No. 67.186.86.69, through counsel, moves this Court for leave for its counsel, Charles C. Kinne, to withdraw his appearance. Mr. Kinne's engagement was for purposes of seeking to quash the subpoena to Comcast only; Mr. Kinne has not been engaged to continue representing Defendant Doe No. 67.186.86.69 at this time.

Defendant Doe No. 67.186.86.69 has personally directed the undersigned to proceed with this Motion. Wherefore, Defendant urges that this Motion be GRANTED.

Respectfully Submitted,

January 12, 2012

/Charles C. Kinne/
Charles C. Kinne
KINNE IP GROUP
1240 Iroquois Avenue
Suite 204
Naperville, Illinois 60563
Tel: 630-904-0940
ckinne@kinnelaw.com
Counsel for Defendant
   Doe No. 67.186.86.69