# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Hard Drive Productions, Inc.
                          Plaintiff,

v.                                              Case No.: 1:11–cv–05414
                                                     Honorable William J. Hibbler

Does 1–51, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 30, 2012:

      MINUTE entry before Honorable William J. Hibbler: Hearing of Defendant Doe # 67.186.86.69's motion to withdraw as attorney [45] is continued to 2/22/2012 at 9:30 AM. Status hearing reset to 2/22/2012 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.