RE: Hard Drive Productions, Inc. v. Does 1-51 - 11 c 5414
Charles C Kinne
to:
Nicole_Fratto-Butz, pduffy, eric.menhart, theodorescudder
03/05/2012 05:34 PM
Show Details

**FILED**

MAR 0 6 2012

MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

Ms. Fratto –

I am scheduled to appear before Judge Der-Yeghiayan at 9:00 am on Wednesday for case number 04-C-6626. I can report to Judge Brown as soon thereafter as possible if she still wishes for me to appear. However, I telephoned today to indicate the case has been dismissed by Plaintiff's Dkt. No. 54 (Rule 41 permits dismissal under these circumstances without leave of Court) and is therefore no longer pending in the U.S. District Court. Consequently, my motion to withdraw, which is the only matter Judge Hibbler referred to Magistrate Brown for disposition, is now moot.

In view of the foregoing and the fact that no party has objected to my motion, I think it likely that none of the other lawyers will attend.

If Judge Brown prefers, I can file something to this effect. Please advise.

Thank you.

Charlie Kinne

*KINNE IP GROUP*
*Intellectual Property Law*
PATENT, TRADEMARK, COPYRIGHT AND TRADE SECRET
LITIGATION, PROCUREMENT AND COUNSELING
1240 Iroquois Ave.; Suite 204
Naperville, Illinois 60563
ph (630) 904-0940
fax (888) 887-7158

*Have you seen our website?* www.kinnelaw.com

**From:** Nicole_Fratto-Butz@ilnd.uscourts.gov [mailto:Nicole_Fratto-Butz@ilnd.uscourts.gov]
**Sent:** Monday, March 05, 2012 2:08 PM
**To:** pduffy@duffygroup.com; eric.menhart@cyberlaw.pro; theodorescudder@att.net; ckinne@kinnelaw.com
**Subject:** Hard Drive Productions, Inc. v. Does 1-51 - 11 c 5414

Counsel,

Judge Brown would like keep the status hearing of 3/7/12 at 9:00 a.m. on the above case.

Thanks,
Nicole

Nicole Fratto, Courtroom Deputy
Honorable Geraldine Soat Brown
219 South Dearborn, Room 1808
Chicago, IL 60604
312-435-7552