AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION  [ ]APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>**Northern District of Illinois**<br>**219 South Dearborn Street, 20th Floor**<br>**Chicago, Illinois 60604** |
|---|---|
| **DOCKET NO.**<br>11-cv-5414    **DATE FILED**<br>8/10/2011 | |

| PLAINTIFF:<br>Hard Drive Productions, Inc. | DEFENDANT:<br>Does 1-51 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1) 1-616606478 | "Amateur Allure - Natalia" | **Hard Drive Productions** |
| 2) | | |
| 3) | | |
| 4) | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other  [ ] Judgment | WRITTEN OPINION<br>ATTACHED [ ] Yes [ ] No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br><br>Melissa Rivera | **DATE**<br>3/23/12 |